**FILED**

APR 0 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 01:08-MJ-0072 GSA |
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS (Fed. R. Crim. P. 48 (a)) |
| v. | |
| JOEL GONZALEZ, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED that the charges against JOEL GONZALEZ found within the complaint in this case, be dismissed, and that any bond be exonerated.

Dated: April 2, 2008

Honorable Lawrence J. O'Neill
United States District Judge

cc: US marsal

1